**No. 66684.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protests 58/20062 and 58/22428 (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of plastic artificial teeth similar in all material respects to those the subject of *Air Express Int'l Agency, Inc., et al.* v. *United States* (46 Cust. Ct. 163, C.D. 2251), the claim of the plaintiff was sustained.

**No. 66685.**—Ignaz Strauss & Co., Inc. *v.* United States, protest 60/29476 (New York).

Opinion by Johnson, J.   In accordance with stipulation of counsel that the merchandise consists of porcelain furniture sets similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (34 Cust. Ct. 145, C.D. 1695), the merchandise was held dutiable under paragraph 1513 of the act or under said paragraph, as modified, *supra*, at the rate in effect at the time the respective items were entered, or withdrawn from warehouse, for consumption.